IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

      Petitioner,                   No. CIV S-08-2857 GEB DAD P

    vs.

JAMES WALKER, Warden,

      Respondent.               <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 2, 2009, respondent filed a motion to dismiss. Petitioner had not filed an opposition to the motion, so on April 17, 2009, the court issued an order to show cause and ordered petitioner to file an opposition to respondent's motion to dismiss within twenty days. Petitioner has filed an opposition in accordance with the court's order. Accordingly, the court will discharge the order to show cause.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The court's April 17, 2009 order to show cause is discharged; and

/////

/////

/////

1

2. Respondent shall file a reply, if any, within fifteen days of the date of this order.

DATED: April 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mana2857.dch